IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE MARIE LASSON,<br><br>Defendant. | CR 26–37–M–DLC<br><br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 46.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Nicole Marie Lasson is charged with one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841 and 851 (Count I), as set forth in the Indictment. (Doc. 2.) Judge DeSoto recommends that this Court accept Ms. Lasson's guilty plea as to Count I after Ms. Lasson

appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 46) is ADOPTED in full.

IT IS FURTHER ORDERED that Ms. Lasson's Motion to Change Plea (Doc. 34) is GRANTED.

IT IS FURTHER ORDERED that Ms. Lasson is adjudged guilty as charged in Count I of the Indictment.

DATED this 24th day of November, 2026.

Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court